IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Alexander Jr Head
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Officer Murry, Roy
Sargent Jackson
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 9:18-cv-03530-DCN-BM
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 DEC 21 PM 12:25

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Alex Head

   All other names by which you have been known: Alexander Jr Head

   ID Number:

   Current Institution: Greenwood County Detention

   Address: Center 528 Edgefield Avenue Greenwood SC 29646

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   Name: Officer Murry

   Job or Title (if known): Guard Correctional officer

   Shield Number:

   Employer: Greenwood Detention Center

   Address: 528 Edgefield Avenue Greenwood, SC 29646

   ☑ Individual capacity   ☐ Official capacity

   Defendant No. 2

   Name: Sargent Jackson

| | |
|---|---|
| Job or Title (if known) | Sgt. |
| Shield Number | |
| Employer | Greenwood Detention Center |
| Address | 538 Edgefield Avenue Greenwood, SC 29646 |

☑ Individual capacity   ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | L.T. Chad Cox |
| Job or Title (if known) | L.T. |
| Shield Number | |
| Employer | Greenwood Detention Center |
| Address | 538 Edgefield Avenue Greenwood, SC 29646 |

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | L.T. Mickey Bolden |
| Job or Title (if known) | L.T. |
| Shield Number | |
| Employer | Greenwood Detention Center |
| Address | 538 Edgefield Avenue Greenwood, SC 29646 |

☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th and 14th amendments_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_He threaten my life, Slander my name threw the whole b.unit, Officer Murry_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

2 of 4

L.t chad cox,
    was negligence because he failed to keep me safe and protected from unreasonable risk from officer Murry.

L.t. mickey bolden.
    He was also negligence because he failed to keep me safe and protected from unreasonable risk from officer Murry.

Sgt Jackson,
    Put me and my safty in danger once she told officer murry of the information that i told her that where suppose have been confidentiality in which is what has started this whole matter.

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* __Pretrial Detinee__

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

__Greenwood county Detention center__
__in B. unit on 7-26-2018__
_____

C. What date and approximate time did the events giving rise to your claim(s) occur?

__on 7-26-2018 appro. 4:30-5:30__
_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

__On 7-26-2018 around 4:30-5:30 officer__
__murry was passing out Dinner trays, along__
__with giving out extra's on Drinks. But only__

5

IV. D part 2

to his hand picked few "His favorits" in witch was wrong all the way round. But myself along with other Inmates were getting a bit upset about the matter. So the next morning officer was working B-unit once again an just as always Those select few was getting extra trays along the Bottom Rock therefore when it was time for the top Rack to eat they were Ten "10" Trays Short witch just happend to be the special needs an also the part of the top that I'm apart of. Thats when I took it apon myself to inform the Lt. and Sgt. as to the reason the trays were Short and about the ongoing problem. I then wrote a Note to Sgt. Jackson letting Her know what was going on. I passed the letter through officer Patton on my way to medical and apone my return from medical and going back in my cell just a matter of seconds had passed before Officer Murry came storming full speed to my door swong it open in a fit of anger an rage Screaming at me very loud asking me How the "fuck" could I snitch on Him? when He don't do "shit" but Help me! are should I say Help your "ASS" He also called me an ungreatful "Bitch" an that He would "fuck" me up and make me his "Bitch" and to suck his "Dick" He then Slamed my door super Hard and started going from Inmate room to Inmate room

telling each an everyone of them that I was a snitch. I'm still puzzled as to why would Sgt. Jackson put me out there like that when that goes againest the police at Greenwood count Detention center. in with I going to file another case on Her (Sgt. Jackson) as well. But the outcome of the Information that I told Sgt. Jackson only got me put on Iceolation for my protection on behalf of what officer told the Inmates of B-uni about me. But there wasNt any action done twards Him for any of His doings is this matter, He also Bragged about the fact that nothing happend to him.

Withness: Video of Said day an time
    Lt, Smith
    Officer James
    Inmate, Derrick Davis
    Inmate, Marvin Homes

I Derrick Davis Have Seen Officer Murry do an say some things to Mr. Alex Head that I felt was not right, on one day I witnessed officer Murry go to Mr. Alex Head door an start to curse Him out calling him a snitch an also saying that He was going to fuck Him up. He also told him to "Suck His Dick" an was going from door to door telling us all that He was a snitch But once he officer Murry came to my door, I in fact told him that "He should not go on like that, He's at work not Home an that he could loose his Job." He then told me I was right an went on, with his day. I also spoke with mr. Head the next day an told Him that I thought that was wrong as to how officer murry did Him an put his life in danger by telling everone He was a snitch. an I would see an here little things that officer Murry would say and do to mr Head. But one day officer called me to the officers Station an asked me if I would go an talk with mr. Head for Him an tell Him that he was sorry an wanted to Start over, an I did as he asked me to an the very next day when it was time to pick up trays officer murry cursed mr. Head out an Slamed His door. I then went an told officer murry that He Made me look like a fool, because of what He did an that I want try an Help Him again. I then told mr. Head that I was sorry for what happend and for asking him to forgive officer Murry.

Derrick Davis    11/23/18
528 Edgefield St
Greenwood SC. 29646

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to ask for 90,000 in money damages for pain an suffering due to my life being in danger. I also would like an relief so that Greenwood county Detention center would train there officers to treat the Pretrail Inmates Better

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Greenwood county Detention center
528 Edgefiled St
Greenwood, SC 29646

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_____

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   I filed an grievance at the Detention center to Sgt. Jackson, Lt. Chad Cox. I also filed on with my Public Defender Shane Goranson.

2. What did you claim in your grievance?

   That officer Murry threatend my life. Slanderd my name to the rest of the Inmates an put my life in danger

3. What was the result, if any?

   None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I spoke with Lt. Chad Cox an Lt. Boland about the matter But it Never stoped officer Murry from what He was doing to me.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I'v also had another Inmate Derrick Davis to help me file an grievance about this same matter as an follow up.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    3. Docket or index number

    _____

    4. Name of Judge assigned to your case

    _____

    5. Approximate date of filing lawsuit

    _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____
   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __18__, 20_18_.

Signature of Plaintiff   *Alex Head*
Printed Name of Plaintiff   Alex Head
Prison Identification #   Greenwood Detention center
Prison Address   528 Edgefield Avenue
                 Greenwood,           SC.           29646
                 City                 State         Zip Code

### B.   For Attorneys

Date of signing: _____, 20_18_.

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____

12

Address              528 Edgefield Avenue, Greenwood, SC 29646
Telephone Number     My sister Annimae Williams (470-326-8846)
E-mail Address       Headalex627@gmail.com

13



UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816   FAX (803) 765-5960
www.scd.uscourts.gov

ROBIN L. BLUME
CLERK OF COURT

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC 29402
(843) 579-1401 FAX 579-1402

300 E. WASHINGTON STREET
ROOM 239
GREENVILLE, SC 29601
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

# PLEASE TAKE NOTICE:

All 1983 packets come with the following forms:

- 1 Complaint Form
- 1 Informa Pauperis Application
- 1 Financial Certificate
- 1 Summons
- 1 USM-285

Please return the forms provided and if more forms are required, they will be sent to you at the direction of the assigned judge.

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA



# FORMS FOR FILING CASES
# *PRO SE* (Representing Yourself)
# Prisoner

Revised March 25, 2016

Complaint - Prisoner
Revised March 25, 2016

## About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.